UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LEO MARTIN URBAN,

    Debtor.
_____/

Case No. HL 08-09535

LEO MARTIN URBAN,

    Plaintiff,

vs.

Adv. Pro. No. 09-80069

MICHIGAN DEPARTMENT OF TREASURY,

    Defendant.
_____/

## SECOND PRETRIAL ORDER

At a session of said Court of Bankruptcy, held in and for said district on    **JUN 2 9 2009**   .

PRESENT:    HONORABLE JEFFREY R. HUGHES
                        United States Bankruptcy Judge

On June 25, 2009, the parties filed a document entitled "Stipulated Motion to Stay Proceedings." The motion requests that further activity in this adversary proceeding be temporarily stayed so that the disputed issue may be addressed informally though a state referee.

IT IS ORDERED that all of the pretrial deadlines in this court's first pretrial order dated June 11, 2009 are suspended.

A status conference will be held on **November 12, 2009 at 1:00 p.m., at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 315 W. Allegan, Rm. 101, Lansing, MI.** However, either party may at any time file a written motion to reschedule this status conference for an earlier or later date.

                                                _____ 6/25/09
                                                Hon. Jeffrey R. Hughes
                                                United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Michael S. Mahoney, Esq.
Amy M. Patterson, Esq.