UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

LEO MARTIN URBAN,                               Case No. 08-09535 JRH
d/b/a Leo's Bail Bonds Agency, Co.,             Chapter 7
f/d/b/a Leo's Bonds Company,                    Hon. Jeffrey R. Hughes
f/d/b/a Leo's Bonds, LLC.,

        Debtor,

LEO MARTIN URBAN,

        Plaintiff,                         Adversary Case No. 09-80069 JRH
                                                Hon. Jeffrey R. Hughes

v

MICHIGAN DEPARTMENT
OF TREASURY,

        Defendant.
_____/

Michael Shawn Mahoney (P71428)
Law Office of Michael S. Mahoney
Attorneys for Debtor-Plaintiff
1310 Center Street
Lansing, Michigan 48906
PH: 517/505-9090

Amy M. Patterson (P66049)
Bradley K. Morton (P55459)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30754
Lansing, Michigan  48909
PH: 517/373-3203
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN )
                       ) ss.
COUNTY OF INGHAM )

  Michele Lemmon, being duly sworn, deposes and says that on April 7, 2004, she served a true copy of Defendant's Second Set of Interrogatories and Requests for Production to Plaintiff upon Plaintiff's counsel by depositing the same in a receptacle of the United States Post Office in the City of Lansing, Michigan, enclosed in an envelope bearing postage fully prepaid, plainly addressed as follows:

  Michael S. Mahoney
  Law Office of Michael S. Mahoney
  1310 Center Street
  Lansing, MI 48906


Dated:  July 27, 2009      */s/ Michele L. Lemmon*
             Michele L. Lemmon, Legal Secretary
             Michigan Department of Attorney General
             Amy M. Patterson (P66049)
             Assistant Attorney General
             P.O. Box 30754
             Lansing, MI   48909
             Telephone:  (517) 373-3203